UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TYLER WAYNE MUNSON,<br><br>Defendant. | Case No. 21-cv-09155-JSC<br><br>**ORDER TO SHOW CAUSE RE: FEDERAL SUBJECT MATTER JURISDICTION** |

Defendant initiated this matter by filing a notice of removal from Napa County Superior Court. (Dkt. No. 1.) He asserts federal subject matter jurisdiction under 28 U.S.C. §§ 1331 (federal question), 1343 (civil rights and elective franchise), and 1367 (supplemental jurisdiction).

The burden of establishing federal subject matter jurisdiction is on the party asserting it. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994). This case appears to arise from a traffic citation against Defendant under California law. (Dkt. No. 1 at 9–12.) Defendant's answer and notice of removal assert counterclaims under the U.S. Constitution. (*Id.* at 1 ¶ 1, 3 ¶ 10; Dkt. No. 2 ¶ 3.) However, an actual or anticipated counterclaim is not a proper basis for federal question jurisdiction. *Vaden v. Discover Bank*, 556 U.S. 49, 60 (2009); *Holmes Grp., Inc. v. Vornado Air Circulation Sys., Inc.*, 535 U.S. 826, 830–32 (2002). Federal question jurisdiction "exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Wayne v. DHL Worldwide Express*, 294 F.3d 1179, 1183 (9th Cir. 2002) (cleaned up).

Because Defendant asserts federal subject matter jurisdiction but no basis for such jurisdiction is apparent, Defendant is ORDERED to show cause why this case should not be remanded to state court for lack of federal subject matter jurisdiction. Defendant shall show cause

in writing on or before **March 10, 2022**.  The initial Case Management Conference set for February 24, 2022 is VACATED.

The Court encourages Defendant to seek free assistance from the Northern District's Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102.  In light of the ongoing COVID-19 pandemic, Defendant should make a telephone appointment by calling (415) 782-8982.  The website for the Northern District of California also has information for litigants who are not represented by counsel.

**IT IS SO ORDERED.**

Dated: February 9, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge